[No. 25907-9-II. Division Two. April 5, 2002.]

JOHN R. WYSS, *Appellant*, v. THE CITY OF HOQUIAM, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 00-2-00241-2, Gordon Godfrey, J., entered April 10, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Morgan, J.

[No. 26511-7-II. Division Two. April 5, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ZACH ALLEN SABINO, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 00-1-00574-0, Terry K. McCluskey, J., entered September 22, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Morgan, J.

[No. 26581-8-II. Division Two. April 5, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRIN DONOVAN MOUNTS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 00-1-00838-8, Richard A. Strophy, J., entered October 27, 2000. *Reversed* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Armstrong, JJ.